UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-80090-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRE ROBLES,

    Defendant.
_____/



### REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, ANDRE ROBLES, appeared before the Court on June 6, 2012, represented by AFPD Robin Rosen-Evans. The Government was represented by AUSA Ellen Cohen. The Defendant is charged with 3 violations: (1) a violation of law for the offense of false imprisonment on November 12, 2011; (2) a violation of law for the offense of aggravated assault with a deadly weapon on November 12, 2011; and (3) unlawfully possessing or using marijuana for being tested positive on November 15, 2011. The Government and the defendant entered into an agreement wherein the Defendant admitted to violations 1 and 3, and admitted to a lesser-included offense, domestic assault, for violation 2. The defendant was convicted of the lesser included offense in state court after the government concluded that it could not prove the aggravated assault with a deadly weapon charge since a deadly weapon was not recovered in the case. Thus there is insufficient evidence to support the aggravated assault with a deadly weapon charge.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to

violating his supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty of violations 1 and 3, and of the lesser included offense of domestic assault in violation 2.

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley, within fourteen days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 6 day of June, 2012.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE


Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court